UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

YORKIS RAMON BRITO GERMOSEN,

Defendant.

PROPOSED ORDER
25 Mag. 1113

## STAY ORDER

WHEREAS, on July 15, 2025, Defendant YORKIS RAMON BRITO GERMOSEN was presented in this District pursuant to Federal Rule of Criminal Procedure Rule 5 before United States Magistrate Judge Jennifer E. Willis, and ordered released subject to certain conditions;

WHEREAS, pursuant to Title 18, United States Code, Section 3145(a)(1), the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of a release order or amendment of the conditions of such a release order;

WHEREAS, pursuant to Title 18, United States Code, Section 3231, this Court has original jurisdiction over the offense; and

WHEREAS, the Government has notified the Court that it intends to make such a motion to appeal the release order;

**IT IS HEREBY ORDERED** that the order releasing Defendant YORKIS RAMON BRITO GERMOSEN entered by United States Magistrate Judge Jennifer E. Willis is hereby STAYED and that BRITO GERMOSEN shall be detained until further proceedings are held by this Court regarding his detention or release, or until further order of this Court.

Dated:    New York, New York
          July 15, 2025

*Jeannette Vargas*
HONORABLE JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK